**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01501-CV

**IN RE MICHAEL MORFORD, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, GEFFREY ARNOLD MCFALLS, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, NEMAHA WATER SERVICES, LP, NEMAHA WATER SERVICES GP, LLC, NEMAHA WATER SERVICES OK-1702, LLC, AND NEMAHA SERVICES HOLDING, Relators**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05795**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **DENY** relators' November 25, 2014 Emergency Motion for Temporary Relief filed in conjunction with the petition for writ of mandamus as moot. We **ORDER** that relators bear the costs of this original proceeding.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE